# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL A. CONTRERAS<br>[DOB: 02/21/1991] | <u>**COUNTS ONE through FIVE**</u>**:**<br>*(Distribution of a Controlled Substance)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>NMT: 20 Years' Imprisonment<br>NMT: $1,000,000 Fine<br>NLT: 3 Years' Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony |

### CRIMINAL COMPLAINT

Case Number: 22-MJ-00104-WBG

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### <u>COUNT ONE</u>
*(Distribution of a Controlled Substance)*

On or about March 11, 2022, in the Western District of Missouri, the defendant, MANUEL A. CONTRERAS, did knowingly and intentionally distribute some amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### <u>COUNT TWO</u>
*(Distribution of a Controlled Substance)*

On or about March 29, 2022, in the Western District of Missouri, the defendant, MANUEL A. CONTRERAS, did knowingly and intentionally distribute some amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### *(Distribution of a Controlled Substance)*

On or about April 14, 2022, in the Western District of Missouri, the defendant, MANUEL A. CONTRERAS, did knowingly and intentionally distribute some amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR
### *(Distribution of a Controlled Substance)*

On or about June 1, 2022, in the Western District of Missouri, the defendant, MANUEL A. CONTRERAS, did knowingly and intentionally distribute some amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
### *(Distribution of a Controlled Substance)*

On or about September 29, 2022, in the Western District of Missouri, the defendant, MANUEL A. CONTRERAS, did knowingly and intentionally distribute some amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit),

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

*/s/ Amy L. Ramsey*
AMY L. RAMSEY
Special Agent
Federal Bureau of Investigation

By telephone at 8:40 am
Sworn to ~~before me and subscribed in my presence~~,

October 14, 2022     at     Kansas City, Missouri
Date                                                                    City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge                 */s/ W. Brian Gaddy*
Name and Title of Judicial Officer              Signature of Judicial Officer

3